

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00084-CV

## EX PARTE BILLY RAY EVANS

## Original Proceeding

## MEMORANDUM  OPINION

The petition for writ of habeas corpus is denied.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
      (Petitioner seeks a bail reduction by his petition for writ of habeas corpus.  Chief Justice Gray would dismiss the petition for writ of habeas corpus because we have no jurisdiction to grant such a writ, much less when the petition is filed against a sheriff outside our geographic jurisdiction, Dallas County. Accordingly, Chief Justice Gray respectfully dissents to the denial of the petition.)
Petition denied
Opinion delivered and filed April 7, 2010
[OT06]